FILED 11 JUL '13 13:56 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

Parker Michael Knight

*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

United States of America

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3'13 - CV - 1159 BR

*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Parker Michael Knight, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?   ☐ Yes  ☒ No

   If "Yes" state the place of your incarceration: _____

   **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?   ☐ Yes  ☒ No  ☐ Self-employed

   a. If the answer is "Yes," state:

      Employer's name: _____

      Employer's address: _____

      Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

Revised August 6, 2010
Page 1

USDC - Oregon

b. If the answer is "No," state:

Name of last employer: _____

Address of last employer: _____

Date of last employment: _____

Amount of take-home salary or wages: $_____ per _____ (*specify pay period*)

3. Is your spouse or significant-other employed? ☐ Yes ☒ No ☐ Self-employed ☐ Not applicable
If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages: $_____ per _____ (*specify pay period*)

4. In the past 12 months have you received any money from any of the following sources?

a. Business, profession or other self-employment ☐ Yes ☒ No

    If "Yes," state: Amount received: $ _____

    Amount expected in future: $ _____

b. Rent payments, interest, or dividends ☐ Yes ☒ No

    If "Yes," state: Amount received: $ _____

    Amount expected in future: $ _____

c. Pensions, annuities, or life insurance payments ☐ Yes ☒ No

    If "Yes," state: Amount received: $ _____

    Amount expected in future: $ _____

d. Disability or workers compensation payments ☐ Yes ☒ No

    If "Yes," state: Amount received: $ _____

    Amount expected in future: $ _____

e. Gifts or inheritances ☐ Yes ☒ No

    If "Yes," state: Amount received: $ _____

    Amount expected in future: $ _____

f. Any other sources ☐ Yes ☐ No

    If "Yes," state: Source: **Social Security Disability Insurance**

    Amount received: $ **1200 /mo**

    Amount expected in future: $ **1200 /mo**

5. Do you have cash or checking or savings accounts? ☒ Yes ☐ No
   (including prison trust accounts)?

   If "Yes," state the total amount: __0__

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☒ Yes ☐ No

   If "Yes," describe the asset(s) and state the value of each asset listed.

   Homestead less than what I owe $189,500 was original Purchase Price in Aug 2012

7. Do you have any other assets? ☒ Yes ☐ No

   If "Yes," list the asset(s) and state the value of each asset listed.

   Car owe $8600

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? ☒ Yes ☐ No

   If "Yes," describe and provide the amount of the monthly expense.

   1200 /mo    200    600    1000    1000

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Ali Maximus Knight
   DOB 3/29/2012  Son

Revised August 6, 2010
Page 3                                                                                          USDC - Oregon

10. Do you have any debts or financial obligations?   ☒ Yes  ☐ No

If "Yes," describe the amounts owed and to whom they are payable.

Student Loan       2400
Personal Loan      20000
Auto Loan          8600
Mortgage           189500

If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).

I declare under penalty of perjury that the above information is true and correct.

July 17, 2013
DATE

_Parker Knight_
SIGNATURE OF APPLICANT

Parker Knight
PRINTED NAME OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration.)

    I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

_____     _____
           DATE                                     SIGNATURE OF AUTHORIZED OFFICER