## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND   DIVISION

PARKER MICHAEL KNIGHT
_____

_____
*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

UNITED STATES OF AMERICA
_____
~~USAT~~
_____

*(Enter full name of ALL defendant(s))*

**Defendant(s).**

3'13 - CV - 1159  BR

**Civil Case No.** _____
*(to be assigned by Clerk of the Court)*

## COMPLAINT FOR
## EMPLOYMENT
## DISCRIMINATION

Jury Trial Demanded
☑ Yes        ☐ No

# I. JURISDICTION

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☑ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

*NOTE: In order to bring suit in federal district court under the Rehabilitation Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☑ Oregon Unlawful Employment Discrimination Law, ORS 659A.030 (race, color, religion, sex, sexual orientation, national origin, martial status, age).

☑ Oregon Unlawful Employment Discrimination Against Injured Workers Law, ORS 659A.040

☑ Oregon Unlawful Employment Discrimination Against Persons with Disabilities Law, ORS 659A.112.

☑ Other *(specify)*: USAJOBS.GOV HIRING PRACTICE, POLICY AWARD BY PRES OBAMA

## II. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**        Name: PARKER MICHAEL KNIGHT

Street Address: 45 SE 196TH AVE

City, State & Zip Code: PORTLAND, OR 97233

Telephone No.  971-400-4609

**Defendant No. 1**   Name: VA, OPM, ATF, FDA, FBI, USAJOBS.GOV

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 2**   Name: PRESIDENT BARACK OBAMA

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 3**  Name: US ATTORNEY'S OFFICE DISTRICT OF OREGON

Street Address: 1000 SW 3RD AVE

City, State & Zip Code: PORTLAND, OR

Telephone No.  503-727-1000

## III.  STATEMENT OF CLAIMS

A. The discriminatory conduct of which I complain in this action includes: (*check only those that apply*)

☑ Failure to hire me.

☐ Termination of my employment.

☐ Failure to promote me.

☑ Failure to accommodate my disability.

☑ Terms and conditions of my employment differ from those of similar employees.

☑ Retaliation.

☑ Harassment.

☑ Other acts (*specify*): USAJOBS.GOV WONT CHANGE MY NAME CORRECTLY .

*Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B. It is my best recollection that the alleged discriminatory acts occurred on:
RECENTLY HAVE PRINTOUTS _____ (*insert date(s)*).

C. I believe that defendant(s) (*check one*):

☑ is still committing these acts against me.

☐ is no longer committing these acts against me.

D. Defendant(s) discriminated against me based on my (*check only those that apply*):

☑ race/color           ☑ national origin           ☑ religion

☑ gender/sex           ☑ age (*date of birth*: 02/22/1976        )

☑ disability or perceived disability: 90% SERVICE CONNECTED DISABILITIES
                                      (*specify*)

E. The facts of my case are as follow (*attach additional sheets as necessary*):

*State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. As additional support for the facts of your claim, you may attach a copy of your charge filed with the Equal Employment Opportunity Commission and/or the Oregon Bureau of Labor and Industries.*

REFER TO OTHER CASE FILED AGAINST EACH ORGANZATIONS, FBI, FDA, ATF, VA, OPM,
USAJOBS.GOV FILLING EEOC FORMAT FOR IT CONCERNS CLASS ACTION LEVEL OF HIRING
PRACTICE THAT IS "BAD JUDGEMENT" WITH FULL KNOWLEGE KNOWN UP TO PRESIDENT
OBAMA AND EVEN VA'S MR. SHINSEKI, AND SENATOR MIKE OF OREGON, SENATOR BOXER OF
CALIFORNIA, FORMER GOVERNOR OF CALIFORNIA ARNOLD S., FORMER MAYOR OF
PORTLAND OREGON SAM ADAMS. AND ADDITIONAL LAWSUIT CAUSE AGAINST DEPARTMENT
OF EDUCATION CIVIL RIGHTS OFFICE WHICH QUASHES CASES BASED ON TIME DEADLINE
FILED ETC EVEN THOUGH CASES ARE ONGOING AND HAS SUPER SLOW DELAY IN RESPONSE
TIME ON CORRESPONDENCE AND DOES NOT RETURN CALL TO QUASH OR MAKE PLAINTIFF
OR FILER OF COMPLAINT TO QUIT THE COMPLAINTS AGAINST INSTITUTION LIKE PORTLAND
STATE UNVIERSITY, SANTA MONICA COLLEGE, CERRITOS COLLEGE (NORWALK, CA),
CALIFORNIA STATE UNIVERSITY DOMINGUEZ HILLS (CARSON, CA). CSUDH COMMITTED
MALICIOUS ACT BY CALLED FBI, SWAT TEAM OF LONG BEACH CALIFORNIA, AND FBI COUNTER
TERRORISM UNIT TO PLAINTIFF'S HOME AND THEN WHEN PLAINTIFF WAS FOUND NOT GUILTY
OF ALL CHARGES, CHANGED THE ENROLLMENT POLICY NOT TO ACCEPT STUDENTS WHO
ARE APPLYING FOR 2ND BACHELOR'S DEGREE IN ORDER TO BAR PETITIONER FROM
COMPLETING OR GAINING ACCESS AND RECORDS NECESSARY TO FILE FOR CIVIL PLEADING
LAWSUIT. CERRITOS COLLEGE FILED INFINITE LIFE TIME BAN ON SAME UN-FOUND NOT
GUILTY MEASURE WITH RESTRAINING ORDER THAT WAS GRANTED ON TECHNICALITY ERROR

## III. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. I filed a charge with the Equal Employment Opportunity Commission or counselor regarding the alleged discriminatory conduct by defendant(s) on: _____ (*date*)

B. The Equal Employment Opportunity Commission and/or the Oregon Bureau of Labor and Industries (*check one*):

☑ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on
_____ (*insert date*):
*Note: Attach a copy of the Notice of Right to Sue letter*

C. *(Answer this Question only if you allege age discrimination)* Since filing my charge of age discrimination with the Equal Employment Opportunity Commission (*check one*):

☑ 60 days or more have elapsed.

☑ less than 60 days have elapsed.

## IV.   RELIEF

State *briefly* exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.

$100 MILLION DAMAGES AND $PUNITIVE FROM JURY TRIAL OR $100 MILLION PUNITIVE
WITHOUT JURY TRIAL.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of JULY _____, 20 13 .

_____

*Signature of Plaintiff(s)*