IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PARKER MICHAEL KNIGHT,

      Plaintiff,

  v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 3:13-cv-01159-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed. Further, the Court hereby REVOKES Plaintiff's *in forma pauperis* status. *See* 28 U.S.C. § 1915(a)(3).

    DATED this 6th day of September, 2013.

                        /s/ Anna J. Brown
                        ANNA J. BROWN
                        United States District Judge